UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 1, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>                         Plaintiff,          )<br>v.                                                          )<br>                                                              )<br>AMILKAR ULTRERAS,                    )<br>                                                              )<br>                         Defendant.       ) | CASE NUMBER: 2:13-mj-00066-CKD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Amilkar Ultreras</u>; Case <u>2:13-mj-00066-CKD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

    _X_    Unsecured Appearance Bond in the amount of <u>$25,000</u>, co-signed by

             defendant's wife, *MJ. Calderon*

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond secured by Real Property

    ___    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial Supervision/Conditions,</u> ordered to appear on

             3/21/2013 at 2:00 PM before Judge Casteneda in El Paso, TX.

Issued at <u>Sacramento, CA</u> on 3/1/2013 at 2:17 p.m.

By _____
Carolyn K. Delaney
United States Magistrate Judge