```
JOSEPH SCHLESINGER, #87692
Acting Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                  )<br>        Plaintiff,           )<br>                                  )<br>     v.                           )<br>                                  )<br>AMILKAR ULTRERAS,            )<br>                                  )<br>        Defendant.           )<br>_____ ) | No. 13-mj-66 CKD<br><br>**APPLICATION AND ORDER FOR TRANSPORTATION AND SUBSISTENCE PURSUANT TO 18 U.S.C. § 4285**<br><br>Judge:  Hon. Allison Claire |

Defendant Amilkar Ultreras requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Mr. Ultreras is indigent and unable to afford transportation and subsistence costs to his initial appearance in the Western District of Texas. Mr. Ultreras also requires transportation costs to return to his residence in the Eastern District of California.

DATED: March 11, 2013

Respectfully submitted,
JOSEPH SCHLESINGER
Acting Federal Defender

/s/ M.Petrik
_____
MICHEL PETRIK, Jr.
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 13-mj-66 CKD |
| Plaintiff, | ) | **ORDER FOR TRANSPORTATION AND SUBSISTENCE** |
| v. | ) | |
| AMILKAR ULTRERAS, | ) | Hon. Allison Claire |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, Amilkar Ultreras, with transportation and subsistence costs for travel to his initial appearance in the Western District of Texas. The initial appearance is set before United States Magistrate Judge Casteneda, Courtroom 612, 525 Magoffin Avenue, El Paso, Texas, 79901, on March 21, 2013 at 2:00 p.m.  Mr. Ultreras also requires transportation costs to return to his residence in the Eastern District of California.

The United States Marshal must furnish Mr. Ultreras with money for transportation and subsistence costs to and from his destination, not to exceed the amount authorized as a per diem allowance for travel, under 5 U.S.C. § 5702(a).  This order is authorized pursuant to 18 U.S.C. § 4285.

**IT IS SO ORDERED.**

Dated: March 11, 2013

_allison Claire_
ALLISON CLAIRE
United States Magistrate Judge